UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTRAL LEASING CO. OF NEW JERSEY, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>TACO INTERNATIONAL FOOD, INC., a Florida Corporation, et al,<br><br>    Defendant(s). | Civil Action No.: 09-4385(JLL)<br><br>ORDER DISMISSING CASE<br>Pursuant to F.R. Civ. P.4(m)<br>as to defendants,<br>Taco International Food, Inc., Andres Reyes, Andrew D. Henry, MD, Eric E. Matos, Alberto Sanchez, DDS and Juan A. Segarra, only |

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against defendants, **Taco International Food, Inc., Andres Reyes, Andrew D. Henry, MD, Eric E. Matos, Alberto Sanchez, DDS and Juan A. Segarra,**

    It is on this 30th day of MARCH, 2010;

    O R D E R E D  that the above captioned action be and is hereby dismissed, as to defendants, **Taco International Food, Inc., Andres Reyes, Andrew D. Henry, MD, Eric E. Matos, Alberto**

**Sanchez, DDS and Juan A. Segarra**, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

/s/ Jose L. Linares
JOSE L. LINARES,
United States District Judge